UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

           Plaintiff,

-against-

MAKITA U.S.A., INC.,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020

19 Civ. 10394 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 12, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by January 6, 2020. ECF No. 5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **January 10, 2020**.

    SO ORDERED.

Dated: January 9, 2020
       New York, New York

                             ANALISA TORRES
                       United States District Judge