

January 9, 2020

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Joseph Guglielmo v. Makita U.S.A., Inc.*
        Case No. 19-cv-10394 (AT)

Dear Judge Torres:

    I represent defendant Makita U.S.A., Inc. in this matter. I write with the consent of the plaintiff's counsel to request an adjournment of the initial conference currently scheduled for January 13, 2020. We make this request because we have only recently appeared in this action, and our time to respond to the Complaint has been extended to January 21, 2020 (DE 11). This is the first request to adjourn this conference. We would ask that the conference be scheduled for a date convenient to the Court after January 27, 2020.

    Thank you for your attention to this matter.

        Respectfully,

        *Peter T. Shapiro*

        Peter T. Shapiro of
        LEWIS BRISBOIS BISGAARD & SMITH LLP

GRANTED. The initial pretrial conference scheduled for January 13, 2020 is ADJOURNED to **January 29, 2020**, at **11:20 a.m.** By **January 22, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 9, 2020
     New York, New York

ANALISA TORRES
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020